## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| In re the Chapter 11 of ) | |
| ) | |
| Value Properties, Inc. ) | No. 15-00856 |
| ) | |
| Debtor(s). ) | |

## CREDITOR SERVICE LIST

The following creditors and parties in interest were served with the Debtor's **Motion for Entry of Final Decree** electronically through ECF on August 8, 2016:

Patrick S Layng, US Trustee Region 11

The following is a list of the all creditors and parties in interest that were served with the Debtor's **Motion for Entry of Final Decree** via First Class U.S. Mail on August 10, 2016 at the addresses listed below:

```
American Express
PO Box 0001
Los Angeles, CA 90096-8000

CFAM
6500 Greenville Ave.
Suite 400
Dallas, TX 75206

Chase
Attn: Bankruptcy Department
PO Box 100018
Kennesaw, GA 30156

Chicago Heights Water Billing
1601 Chicago Rd.
Chicago Heights, IL 60411

City of Chicago
Department of Revenue-Water Div
PO Box 6330
Chicago, IL 60680-6330

Jac Financial, LLC
Johnson, Blumberg, & Associates
230 W. Monroe St., 1125
Chicago, IL 60606
```

Wagner Trust
5540 Preston Rd.
Dallas, TX 75205

/s/Ben Schneider
Proposed Counsel for the Debtor