UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:  )  BK No.:  15-00856
Value Properties, Inc.  )
  )  Chapter: 11
  )
  )  Honorable Timothy A. Barnes
  )
Debtor(s)  )

**Order on Debtors' Motion for Entry of Final Decree**

The Debtors' Motion for Entry of Final Decree is granted. The Debtors' Plan of Reorganization is substantially consummated and the Bankruptcy Case is closed.

Enter:

*Jacqueline P. Cox*
J. Cox

Dated: **28 SEP 2016**

Honorable Timothy A. Barnes
United States Bankruptcy Judge

**Prepared by:**

Ben Schneider
8424 Skokie Blvd., Suite 200
Skokie, IL 60077
Phone # 847-933-0300
ARDC # 6295667

Rev: 20101118_bko